*Mitchell v. City of Los Angeles,* 753 F.2d 86, 87 (9th Cir.1984). The district court did not plainly err in considering the Arizona conviction in its sentencing calculation. *See United States v. Guthrie,* 931 F.2d 564, 572 (9th Cir.1991).

■ Mejia–Vasquez further argues that his prior conviction for criminal damage should not have been used to add a point to his criminal history total because the information relevant to it in the presentence report was not "reliable" enough. However, he did not object to the accuracy of that information in the district court. "[A] district court may rely on an unchallenged PSR at sentencing to find by a preponderance of the evidence that the facts underlying a sentence enhancement have been established." *United States v. Romero–Rendon,* 220 F.3d 1159, 1161 (9th Cir.2000). The district court did not plainly err in relying on the not-objected-to information.

■ Finally, Mejia–Vasquez contends that the district court erred in not crediting him two levels for his "acceptance of responsibility" under U.S.S.G. § 3E1.1. "When a defendant chooses to put the government to its burden of proof at trial, a downward adjustment for acceptance of responsibility should be 'rare.'" *United States v. Weiland,* 420 F.3d 1062, 1080 (9th Cir.2005) (quoting U.S.S.G. § 3E1.1, comment. (n. 2)). Mejia–Vasquez elected to go to trial and asserted a defense. The district court did not plainly err in denying acceptance of responsibility credit.

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Felix OLMEDO–SALINAS,
Defendant–Appellant.**

**No. 07–50350.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2008.*

Filed Feb. 15, 2008.

Randy K. Jones, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

John C. Lemon, Esq., San Diego, CA, for Defendant–Appellant.

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

MEMORANDUM **

We have reviewed the record and the opening brief and conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The United States Su-

preme Court's decision in *Almendarez–Torres v. United States,* 523 U.S. 224, 247, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), remains binding on this court until the Court overrules it. *See United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005) (noting that this court remains bound by the Supreme Court's holding in *Almendarez–Torres* that the district court may enhance a sentence on the basis of prior convictions, even if the fact of those convictions was not found by a jury beyond a reasonable doubt).

Accordingly, the government's motion for summary affirmance of the district court's judgment is granted.

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan GARCIA–OZUNA, Defendant–Appellant.**

**No. 07–50312.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2008.*

Filed Feb. 15, 2008.

Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Vincent J. Brunkow, Esq., Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

### MEMORANDUM **

We have reviewed the record and the opening brief and conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The United States Supreme Court's decision in *Almendarez–Torres v. United States,* 523 U.S. 224, 247, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), remains binding on this court until the Court overrules it. *See United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005) (noting that this court remains bound by the Supreme Court's holding in *Almendarez–Torres* that the district court may enhance a sentence on the basis of prior convictions, even if the fact of those convictions was not found by a jury beyond a reasonable doubt); *see also United States v. Grisel,* 488 F.3d 844 (9th Cir. 2007).

Accordingly, the government's unopposed motion for summary affirmance of the district court's judgment is granted.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.